674

*Myron Wisoff, Lester M. Rosenbloom* and *Joe Schapiro* for appellant.

*John W. Miles* and *Charles B. Brasser* for respondent.

Judgment reversed, without cost, and the case remitted to the Appellate Division for determination of the questions of fact raised in that court. (See *People ex rel. Sheffield Farms Co.* v. *Lilly,* 295 N. Y. 354.) No opinion.

. Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

STERLING CARR, as Trustee of the Estate of NIPPON YUSEN KAISYA, a Corporation, Bankrupt, Appellant, *v.* YOKOHAMA SPECIE BANK, LTD., et al., Respondents.

Submitted October 15, 1947; decided November 13, 1947.

*Samuel Poses* and *George Chernoff* for appellant.

*Edward Feldman, Henry L. Bayles* and *Daniel Gersen* **for** respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.